# United States Court of Appeals
## For the Eighth Circuit

_____

No. 24-2321
_____

United States of America

*Plaintiff - Appellee*

v.

Marcus Medina

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Western District of Arkansas - Fayetteville
_____

Submitted: December 10, 2024
Filed: December 13, 2024
[Unpublished]
_____

Before GRUENDER, BENTON, and KOBES, Circuit Judges.
_____

PER CURIAM.

Marcus Medina appeals the within-Guidelines sentence the district court[1] imposed after he pled guilty to intentionally distributing methamphetamine. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

_____

[1]The Honorable Timothy L. Brooks, United States District Judge for the Western District of Arkansas.

Counsel moved for leave to withdraw and filed a brief under *Anders v. California*, 386 U.S. 738 (1967), challenging the application of an enhancement for maintaining a premises for distributing drugs and the substantive reasonableness of the sentence. Upon careful review, this court concludes that the district court did not clearly err in applying the premises enhancement. *See United States v. Miller*, 698 F.3d 699, 705, 707 (8th Cir. 2012) (clear error review; premises enhancement applied where premises was also defendant's family home); *United States v. Valdez*, No. 21-3727, 2023 WL 3772682 (8th Cir. June 2, 2023) (unpublished per curiam) (premises enhancement applied where defendant used shop building at his personal residence to sell methamphetamine to informant in 2 controlled purchases and had directed informant to come to his shop for the sale). This court also concludes that the district court did not impose a substantively unreasonable sentence, as it properly considered the 18 U.S.C. § 3553(a) factors; there is no indication that it overlooked a relevant factor, or committed a clear error of judgment in weighing relevant factors; and the sentence was within the advisory Guidelines range. *See United States v. Feemster*, 572 F.3d 455, 461 (8th Cir. 2009) (en banc) (abuse of discretion review); *United States v. Anderson*, 90 F.4th 1226, 1227 (8th Cir. 2024) (district court has wide latitude in weighing relevant factors); *United States v. Miner*, 544 F.3d 930, 932 (8th Cir. 2008) (appellate court may presume sentence within properly calculated guidelines range is reasonable).

Having independently reviewed the record pursuant to *Penson v. Ohio*, 488 U.S. 75 (1988), this court finds no non-frivolous issues for appeal.

The judgment is affirmed and counsel's motion to withdraw is granted.

_____